IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

CIVIL NO. 5:09-CV-35-DCK

| | | |
|---|---|---|
| MARY ROBINSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| HOSPITALITY GROUP | ) | |
| MANAGEMENT, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* to determine the status of this action. On September 16, 2009, the mediator filed a report indicating that the case was completely settled (Document No. 12).

**IT IS, THEREFORE, ORDERED** that on or before **October 31, 2009**, the parties shall file their Stipulation of Voluntary Dismissal.

Signed: October 15, 2009

David C. Keesler
United States Magistrate Judge